**CINERGY CORPORATION,**
**Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

**No. 03–5172.**

United States Court of Appeals,
Federal Circuit.

Oct. 3, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).